**Michael A. Yoshida**, OSB No. 065631
myoshida@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Facsimile:  503-914-1725

    *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| KRISTINA THOMSEN, as conservator for MINOR T., a minor child,<br><br>       Plaintiff,<br><br>   v.<br><br>TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation.,<br><br>       Defendant. | Case No. 3:23-cv-01028<br><br>**NOTICE OF REMOVAL** |

    TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendants TopGolf USA Hillsboro, LLC and TopGolf International, Inc. ("Defendants") hereby remove the case now pending in the Circuit Court of the State of Oregon for the County of Multnomah, titled *Kristina Thomsen, as conservator for Minor T., a minor child v. TopGolf USA*

Page 1 -  NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: (503) 914-2015
Fax: (503) 914-1725

*Hillsboro, LLC, a Delaware limited liability company, and TopGolf International, Inc, a Delaware corporation.,* Case No. 23CV24276.

As grounds for removal, Defendants state as follows:

### NOTICE OF REMOVAL IS TIMELY

(1)    On or about June 15, 2023, Plaintiff filed a Complaint in the above-referenced action in Multnomah County Circuit Court.  Pursuant to 28 U.S.C. § 1446(a), attached to this Notice are the state court papers Defendants received from Plaintiff at the time of removal, consisting of Plaintiff's Summons and Complaint.  (**Exhibit 1**).

(2)    This notice of removal is timely filed under 28 U.S.C. § 1446(b), which provides that a notice of removal must be filed within 30 days after defendant receives, by service or otherwise, the initial pleading.  Defendants were served with a copy of Plaintiff's Complaint on June 22, 2023.  (**Exhibit 2**).  Therefore, this removal is timely.

(3)    On or about June 23, 2023, Plaintiff filed Declarations of Service with respect to TopGolf USA Hillsboro, LLC, and TopGolf International, Inc. in the Multnomah County Court.  (**Exhibit 2**, Declarations of Service).  No further proceedings have been had in the Multnomah County Circuit Court as of the date of this removal.  (**Exhibit 3**, Register of Action).

(4)    No previous request has been made for the relief requested.

### DIVERSITY JURISDICTION EXISTS

(5)    This is a civil action over which this court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332, which provides, in relevant part, that district courts have original jurisdiction over actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and where the action is between citizens of different states.

(6)    Complete diversity exists between the parties to the above-captioned lawsuit.

(7)    The Complaint alleges that Kristina Thomsen and Minor T. "are and were residents of Multnomah County, Oregon." (Compl.,¶ 1).

Page 2 -  NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: (503) 914-2015
Fax: (503) 914-1725

(8)     The Complaint alleges that TopGolf USA Hillsboro, LLC, "was and is a Delaware limited liability company with its principal place of business in Dallas, Texas." (Compl., ¶ 2).

(9)     The Complaint alleges that TopGolf International, Inc. "was and is a Delaware corporation with its principal place of business located in Dallas, Texas." (Compl., ¶ 3).

(10)     The total amount at stake in this lawsuit meets the threshold for diversity jurisdiction.  Plaintiff's Complaint seeks $15,000,000 in damages.  Therefore, the monetary requirement for diversity jurisdiction, as set forth under 28 U.S.C. § 1332, is satisfied.

## REMOVAL TO THIS DISTRICT IS PROPER

(11)     Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of the above-captioned state court action to this court is appropriate.

(11)     Pursuant to 28 U.S.C. § 1441(a), removal to this court is appropriate as the district and division embracing the place where the state court action is pending.

(12)     Defendants will promptly serve Plaintiff with this Notice of Removal, informing Plaintiff that this matter has been removed to federal court.  Defendants will also promptly file a copy of this Notice of Removal with the Circuit Court of Multnomah County, Oregon, where the action is pending.

DATED:  July 14, 2013.

MB LAW GROUP, LLP


By:     s/ Michael A. Yoshida
        Michael A. Yoshida, OSB No. 065631
        Email: myoshida@mblglaw.com
        Stephen P. Yoshida, OSB No. 044588
        Email:  syoshida@mblglaw.com
        117 SW Taylor St., Suite 200
        Portland, Oregon 97204
        Telephone:  503.914.2015
        *Attorneys for Defendants*

Page 3 -  NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: (503) 914-2015
Fax: (503) 914-1725

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I filed the foregoing NOTICE OF REMOVAL via the U.S. District Court's CM/ECF Electronic Filing System.

I further certify that a copy thereof was served on the parties listed below by mailing a true copy thereof, addressed to their last known regular address and deposited in the U.S. Post Office at Portland, Oregon as follows:

> Anne D. Foster
> Samuel T. Smith
> Smith Foster King LLP
> 25 NW 23rd PL, Suite 6 #125
> Portland, OR 97210

DATED:  July 14, 2023.

MB LAW GROUP, LLP

By:    s/ Michael A. Yoshida
Michael A. Yoshida, OSB No. 065631
myoshida@mblglaw.com
117 SW Taylor St., Suite 200
Portland, Oregon 97204
Telephone:  503.914.2015
*Attorneys for Defendants*

Page 4 -  NOTICE OF REMOVAL

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: (503) 914-2015
Fax: (503) 914-1725