**Wolters Kluwer**

## Service of Process Transmittal Summary

**TO:**   Cheree Goodall, Licensing Manager
Topgolf Callaway Brands Corp.
8750 N CENTRAL EXPY STE 1200
DALLAS, TX 75231-6430

**RE:**   **Process Served in Oregon**

**FOR:**   TopGolf USA Hillsboro, LLC  (Domestic State: DE)

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: KRISTINA THOMSEN, as conservator for MINOR T., a minor child // To: TopGolf USA Hillsboro, LLC |
| **CASE #:** | 23CV24276 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Salem, OR |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/22/2023 at 13:01 |
| **JURISDICTION SERVED:** | Oregon |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/23/2023, Expected Purge Date: 07/03/2023 |
| | Image SOP |
| | Email Notification,  Sandra Riddels  Sandra.Riddels@topgolf.com |
| | Email Notification,  Hilton Marques  hilton.marques@topgolf.com |
| | Email Notification,  Angela Poole  angela.poole@topgolf.com |
| | Email Notification,  Cheree Goodall  cheree.goodall@topgolf.com |
| | Email Notification,  Teri Kelly  teri.kelly@topgolf.com |
| | Email Notification,  Lindsay Kirton  lindsay.kirton@topgolf.com |
| | Email Notification,  Stephanie Burdette  stephanie.burdette@topgolf.com |
| | Email Notification,  Mallory South  mallory.south@topgolf.com |
| | Email Notification,  Melissa Romig  melissa.romig@topgolf.com |
| | Email Notification,  Ilyce Murray  ilyce.murray@topgolf.com |
| | Email Notification,  Elizabeth Nichols  elizabeth.nichols@topgolf.com |
| **REGISTERED AGENT CONTACT:** | CT Corporation System
780 Commercial Street? SE
Ste 100
Salem, OR 97301
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

**EXHIBIT 1**
**PAGE 1 OF 28**



**CT Corporation**
**Service of Process Notification**
06/22/2023
CT Log Number 544131646

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT 1**
**PAGE 2 OF 28**



## PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Thu, Jun 22, 2023
**Server Name:**                             Drop Service

| | |
|---|---|
| Entity Served | TOPGOLF USA HILLSBORO, LLC |
| Case Number | 23CV24276 |
| Jurisdiction | OR |

| Inserts |
|---|
| |



**EXHIBIT 1**
**PAGE 3 OF 28**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

KRISTINA THOMSEN, as conservator for MINOR T., a minor child,

                Plaintiff,

v.

TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

                Defendants.

Case No.: 23CV24276

**SUMMONS**

TO:    Topgolf USA Hillsboro, LLC
       CT Corporation System-Registered Agent
       780 Commercial St SE Ste 100
       Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in the case of your failure to do so, for want thereof, Plaintiff will apply to the Court for the relief demanded in the complaint.

---

**NOTICE TO DEFENDANT: READ CAREFULLY!**

---

**You must "appear" in this case or the other side will win automatically.** To "appear," you must file with the Court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee (go to www.courts.oregon.gov for fee info). It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

 

<u>SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF</u>
<u>Anne D. Foster, OSB No. 993152</u>
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)      BAR NO.(IF ANY)
Smith Foster King LLP, 25 NW 23rd Pl., Suite 6 #125

Page I – SUMMONS

**EXHIBIT 1**
**PAGE 4 OF 28**

|  | ADDRESS |  |  |
|---|---|---|---|
| Portland, | OR | 97210 | (503) 567-7100 |
| CITY | STATE | ZIP | PHONE |

| (503) 961-1616 | afoster@sfklegal.com |
|---|---|
| FAX (IF ANY) | ATTORNEY'S EMAIL ADDRESS (IF ANY) |

| TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED) | BAR NO. |
|---|---|

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

_____
ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, a "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed Certification to that effect is necessary.

Page 2 – SUMMONS

EXHIBIT 1
PAGE 5 OF 28

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
06/22/2023
CT Log Number 544131833

## Service of Process Transmittal Summary

**TO:**  Cheree Goodall, Licensing Manager
Topgolf Callaway Brands Corp.
8750 N CENTRAL EXPY STE 1200
DALLAS, TX 75231-6430

**RE:**  **Process Served in Oregon**

**FOR:**  Topgolf International, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: KRISTINA THOMSEN, as conservator for MINOR T., a minor child // To: Topgolf International, Inc. |
| **CASE #:** | 23CV24276 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Salem, OR |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/22/2023 at 13:01 |
| **JURISDICTION SERVED:** | Oregon |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/23/2023, Expected Purge Date: 07/03/2023 |
| | Image SOP |
| | Email Notification,  Sandra Riddels  Sandra.Riddels@topgolf.com |
| | Email Notification,  Hilton Marques  hilton.marques@topgolf.com |
| | Email Notification,  Angela Poole  angela.poole@topgolf.com |
| | Email Notification,  Cheree Goodall  cheree.goodall@topgolf.com |
| | Email Notification,  Teri Kelly  teri.kelly@topgolf.com |
| | Email Notification,  Lindsay Kirton  lindsay.kirton@topgolf.com |
| | Email Notification,  Stephanie Burdette  stephanie.burdette@topgolf.com |
| | Email Notification,  Mallory South  mallory.south@topgolf.com |
| | Email Notification,  Melissa Romig  melissa.romig@topgolf.com |
| | Email Notification,  Ilyce Murray  ilyce.murray@topgolf.com |
| | Email Notification,  Elizabeth Nichols  elizabeth.nichols@topgolf.com |
| **REGISTERED AGENT CONTACT:** | CT Corporation System
780 Commercial Street? SE
Ste 100
Salem, OR 97301
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

Page 1 of  2

**EXHIBIT 1**
**PAGE 6 OF 28**



**CT Corporation**
**Service of Process Notification**
06/22/2023
CT Log Number 544131833

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT 1**
**PAGE 7 OF 28**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Jun 22, 2023
**Server Name:**                   Drop Service

| Entity Served | TOPGOLF INTERNATIONAL, INC. |
|---|---|
| Case Number | 23CV24276 |
| Jurisdiction | OR |

| Inserts | | |
|---|---|---|
| | | |



**EXHIBIT 1**
**PAGE 8 OF 28**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

KRISTINA THOMSEN, as conservator for MINOR T., a minor child,

               Plaintiff,

v.

TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

               Defendants.

Case No.: 23CV24276

**SUMMONS**

TO:    Topgolf International, Inc.
         CT Corporation System-Registered Agent
         780 Commercial St SE Ste 100
         Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in the case of your failure to do so, for want thereof, Plaintiff will apply to the Court for the relief demanded in the complaint.

---

### NOTICE TO DEFENDANT: READ CAREFULLY!

**You must "appear" in this case or the other side will win automatically.** To "appear," you must file with the Court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee (go to www.courts.oregon.gov for fee info). It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Anne D. Foster, OSB No. 993152
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)      BAR NO.(IF ANY)

Smith Foster King LLP, 25 NW 23rd Pl., Suite 6 #125

Page 1 – SUMMONS

**EXHIBIT 1
PAGE 9 OF 28**

ADDRESS

Portland,       OR      97210   (503) 567-7100

| CITY | STATE | ZIP | PHONE |

(503) 961-1616                  afoster@sfklegal.com

FAX (IF ANY)                 ATTORNEY'S EMAIL ADDRESS (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, a "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed Certification to that effect is necessary.

Page 2 – SUMMONS

**EXHIBIT 1**
**PAGE 10 OF 28**

FILED

2023 JUN 15 PM 12: 04

CIRCUIT COURT
OF MULTNOMAH COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

**23CV24276**

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| KRISTINA THOMSEN, as conservator for MINOR T., a minor child,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendants. | Case No. _____<br><br>COMPLAINT<br>(Personal Injury – Premises Liability)<br><br>PRAYER: $15,000,000<br>FILING FEE: $1,178<br>Pursuant to ORS 21.160(1)(e)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL DEMANDED |

Plaintiff Kristina Thomsen ("Plaintiff"), as conservator for Minor T., a minor child, hereby states and alleges as follows:

### PARTIES

1.

At all material times, Plaintiff and Minor T. are and were residents of Multnomah County, Oregon.

2.

At all material times, Defendant Topgolf USA Hillsboro, LLC ("TopGolf Hillsboro") was and is a Delaware limited liability company with its principal place of business in Dallas, Texas.

3.

At all material times, Defendant TopGolf International, Inc. ("TopGolf Intl.") was and is a Delaware corporation with its principal place of business located in Dallas, Texas.

///

Page 1　COMPLAINT

*Verified Correct Copy of Original 6/16/2023*



SMITH FOSTER KING
— LLP —

25 NW 23rd Pl., Suite 6 # 125
Portland, OR 97210
503.567.7100

**EXHIBIT 1
PAGE 11 OF 28**

Verified Correct Copy of Original 6/16/2023

## FACTUAL ALLEGATIONS

4.

At all material times, Defendant TopGolf Hillsboro and Defendant TopGolf Intl. (hereinafter collectively "Defendants") were the owners, possessors, and/or operators of a golf-themed entertainment business located at 5505 NW Huffman St., Hillsboro, OR 97124 (the "Hillsboro Location"). The Hillsboro Location features a multi-level golf driving range, bar, restaurant, and various other amenities.

5.

Defendant TopGolf Intl. owns, possesses, controls, and/or operates approximately seventy (70) other TopGolf facilities across the United States. Each of these facilities is nearly identical to the Hillsboro Location with respect to its floor plans and layout, service offerings, and safety measures.

6.

On Defendants' website, they describe the Hillsboro Location as "a sports entertainment complex that features an inclusive, high-tech golf game that everyone can enjoy." Further, Defendants market their business to children and the parents of children, promising that the golf-themed activity they offer is safe for customers of all ages.

7.

At the Hillsboro Location, guests and/or groups of guests are assigned to a designated station, called a "bay." Each bay includes a hitting area (where customers swing golf clubs) and a seating area (where customers sit, eat, drink, watch tv, lounge, and/or socialize).

8.

In each bay, the hitting area and the sitting area are approximately 18 inches apart (or less), which is far shorter than the reach of a typical golf club.

///

///

Page 2 . COMPLAINT



25 NW 23rd Pl., Suite 6 # 125
Portland, OR 97210
503 567.7100

SMITH FOSTER KING
— LLP —

EXHIBIT 1
PAGE 12 OF 28

Verified Correct Copy of Original 6/16/2023

9.

In each bay, there is a red line separating the hitting area from the sitting area, but no physical barrier or other safety device separating these spaces for the protection of customers in the bay, including children.

10.

Other than this red line, there are no warnings, signs, or other markings to inform customers, especially children, that it is dangerous to stand or sit near the hitting area when another customer is holding and/or swinging a golf club.

11.

To the extent warnings or signs do exist, they are inadequate by reason of their small size and inconspicuous placement in relation to the large numerous televisions, computer monitors, loud music, and other distractions located in each bay at the Hillsboro Location.

12.

To the extent Defendants have safety rules for how customers are supposed to act while on the premises or while in the bays, those rules are not enforced at the Hillsboro Location, despite the fact that Defendants claim to assign at least one employee to each bay.

13.

The lack of safety features and rule enforcement at the Hillsboro Location is intentional and designed to promote a feeling of fun and whimsy at the expense of customer safety. In fact, several images from Defendants' own website display violations of the rules posted to that same website, including one image in which two children are shown playing in the hitting area while one holds a golf club. Furthermore, there is an entire genre of social media dedicated to sharing videos of unsafe hijinks at the Hillsboro Location as well as other TopGolf locations around the United States, about which Defendants are well-aware. Posts include imagery of customers pushing people off of the edge of the hitting area into the netting; guests voluntarily diving off the edge of the hitting area into the netting; guests taking a running start from the sitting area before

Page 3    COMPLAINT



SMITH FOSTER KING
— LLP —

25 NW 23rd Pl , Suite 6 # 125
Portland, OR 97210
503 567 7100

**EXHIBIT 1**
**PAGE 13 OF 28**

Verified Correct Copy of Original 6/16/2023.

entering the hitting area to strike a golf ball (akin to Adam Sandler from Happy Gilmore); guests juggling golf clubs or balls or both; and an unquantifiable amount of drunk and disorderly behavior.

14.

On November 11, 2021, Minor T. (a nine-year-old minor child) attended a friend's birthday party at Defendants' Hillsboro Location. At all material times, Minor T. was an invitee on the premises. Upon information and belief, the birthday party took place on the main/first floor of the Hillsboro Location in bays 204 and 205.

15.

During the birthday party, Minor T. was struck in the face, above his (right) eye, by a golf club. On information and belief, the golf club was swung by another guest at the party, a boy of approximately 9 or 10 years of age. Upon information and belief, Minor T. was on the correct side of the red line when he was struck in the face, meaning he was in the seating area side of the red line when the accident occurred.

16.

As a result of the impact, Minor T. suffered an open depressed skull fracture, orbital roof fracture, cerebral hemorrhage, and traumatic brain injury. His injuries required emergency neurosurgery including implantation of three craniomaxillofacial titanium plates. In addition to these injuries, Minor T. also suffered facial pain and nausea.

17.

Following the date of the injury and continuing through today, Minor T. has suffered headaches, emotional lability, behavioral dysregulation, and occasional depressive symptoms. Furthermore, Minor T. suffers from anxiety specifically pertaining to his general health, future risk of injury, and how his prominent facial scar will be perceived by his peers and others.

18.

Prior to his injury, Minor T. was a talented athlete and participated in a variety of sports

Page 4    COMPLAINT



25 NW 23rd Pl, Suite 6 # 125
Portland, OR 97210
503 567.7100

EXHIBIT 1
PAGE 14 OF 28

including baseball, hockey, skiing, swimming, and tennis. In addition to missing out on his favorite activities during his lengthy recovery time, Minor T. experienced anxiety regarding the increased risk of severe brain and/or head injury posed by his future participation in sports and athletic activities.

19.

On or before November 11, 2021, Minor T.'s parents were not provided with, nor asked to sign, any assumption of risk or waiver of liability form by Defendants as a condition of attending the birthday party or otherwise participating in the golf-themed activities at the Hillsboro Location.

20.

Prior to November 11, 2021, Defendants were well aware of the specific risk of serious injury, similar to that which befell Minor T., at all TopGolf locations nationwide (including the Hillsboro Location) due to the closeness of the seating area to the hitting area, the lack of physical barriers or other safety measures, and/or the lack of enforcement of their safety rules.

21.

Despite this awareness, Defendants made no changes to the Hillsboro Location prior to November 11, 2021, to protect customers in the sitting area from known risks of harm created by Defendants and which were existing on their premises.

CLAIM FOR RELIEF

(Negligence – Premises Liability – All Defendants)

22.

Plaintiff incorporates all prior paragraphs as if fully set forth below.

23.

Defendants had a duty to provide a reasonably safe environment for Minor T., as well as all similarly situated invitees. Defendants also owed a heightened duty of care to Minor T., as well as other similarly situated invitees, due to the unreasonably dangerous nature of their service

Page 5    COMPLAINT



SMITH FOSTER KING
— LLP —

25 NW 23rd Pl , Suite 6 # 125
Portland, OR 97210
503 567.7100

EXHIBIT 1
PAGE 15 OF 28

Verified Correct Copy of Original 6/16/2023

Verified Correct Copy of Original 6/16/2023

offerings and business model which cannot be encountered with reasonable safety even when not crossing the red line and/or when following all of Defendants' rules.

24.

Defendants were negligent by breaching their duties of care in one or more of the following ways:

a. By failing to take reasonable precautions to protect minor-aged invitees, such as Minor T., from unreasonable risks of harm, given the arrangement and/or use of the premises;

b. By failing to adequately warn invitees and other guests at the birthday party of the dangerous conditions about which Defendants knew or should have known;

c. By failing to adequately inform customers, including children, of Defendants' rules and procedures to prevent accidents and injuries;

d. By failing to adequately supervise the birthday party to ensure that all guests were following Defendants' rules and procedures;

e. By failing to follow Defendants' own rules and procedures with respect to customer safety and customer conduct on the premises;

f. By failing to adequately train their employees to ensure that all guests act in conformance with Defendants' rules and procedures;

g. By failing to investigate the root causes of prior injuries and accidents (both at the Hillsboro Location and other TopGolf locations nationwide);

h. By failing taking reasonable steps in response to prior injuries and accidents (both at the Hillsboro Location and other TopGolf locations nationwide) to prevent the recurrence of those injuries and accidents;

i. By failing to install physical safety barriers or other adequate safety measures between the hitting area and the seating area in the bays at all of their facilities including the Hillsboro Location, despite knowing that the absence of such barriers and safety measures created a known risk of serious injury;

Page 6    COMPLAINT



SMITH FOSTER KING
—LLP—

25 NW 23rd Pl., Suite 6 # 125
Portland, OR  97210
503.567.7100

EXHIBIT 1
PAGE 16 OF 28

Verified Correct Copy of Original 6/16/2023

j.  By otherwise failing to exercise ordinary care to maintain reasonably safe premises for minor-aged invitees, such as Minor T.

25.

As a result of Defendants' negligent acts and omissions, Minor T. has suffered economic damages in the form of past and future medical expenses as well as lost future earning capacity in an amount to be proven at trial but no less than $5,000,000.

26.

As a result of Defendants' negligent acts and omissions, Minor T. suffered noneconomic damages in the form of pain, suffering, mental distress, emotional lability, behavioral dysregulation, anxiety, humiliation, stress, loss of sense of self, and interference with normal and usual activities in an amount to be proven at trial, but no less than $10,000,000.

NOTICE OF INTENT TO AMEND

27.

Pursuant to ORS 31.725, Plaintiff hereby places Defendants on notice that she intends move the Court for permission to add punitive damages to this action at a later date, following discovery and depositions.

* * *

WHEREFORE, Plaintiff prays for judgment in her favor, and against Defendants, as follows:

a.  For an award of monetary damages in the amount of $15,000,000;

b.  For an award of costs and disbursements incurred herein; and

c.  For such other relief the Court deems just and proper.

DATED: April ____, 2023.

SMITH FOSTER KING LLP

/s/ Anne D. Foster
Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772

Page 7    COMPLAINT



SMITH FOSTER KING
— LLP —

25 NW 23rd Pl , Suite 6 # 125
Portland, OR  97210
503.567 7100

EXHIBIT 1
PAGE 17 OF 28

Verified Correct Copy of Original 6/16/2023.

Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Attorneys for Plaintiff

Page 8     COMPLAINT



25 NW 23rd Pl , Suite 6 # 125
Portland, OR 97210
503.567 7100

EXHIBIT 1
PAGE 18 OF 28

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

KRISTINA THOMSEN, as conservator for MINOR T., a minor child,

       Plaintiff,

 v.

TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

       Defendants.

Case No.: 23CV24276

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

TO:  Defendants TopGolf USA Hillsboro, LLC and TopGolf International, Inc., by and through its attorneys of record.

Pursuant to ORCP 36 and 43, Defendants shall produce for inspection and copying at the offices of Smith Foster King LLP, 25 NW 23rd Pl., Suite 6 #125, Portland, Oregon 97210, attorneys for the Plaintiff, within 45 days of the date of this pleading, the following documents:

INSTRUCTIONS

1.  Pursuant to ORCP 43B(2)(a), documents are to be organized and labeled to correspond to the categories in the request.

2.  Where reference is made to any date or any figure, such reference is to connote an approximation.

3.  If any document, or part thereof, is withheld from production, or has been

Page 1  PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —
25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 19 OF 28**

destroyed, please specifically identify the document withheld by date, author, recipient, or address, if any, and general subject matter, and indicate the privilege or reason that the document is not produced so that Plaintiff may determine whether it is appropriate to submit the matter to the Court.

4.    When correspondence between one or more persons is requested, the request is meant to include, without limitation to its generality, any document or documents given, sent, or shown by one such person to another or more such persons, however transmitted or delivered, and whether or not retained by the recipient or recipients at the time of transmittal or delivery.

5.    If a particular category of requested documents does not exist, Defendants shall serve a written response stating that the specified documents do not exist. Counsel for Defendants shall also serve a written response stating: (1) how and when the documents passed out of existence or why they can no longer be located; (2) the identity of each person having knowledge concerning the ultimate disposition or loss; and (3) the identity of any document evidencing the prior existence and any fact concerning the non-existence or loss of such documents.

6.    If, in responding to or failing to respond to these requests for production, Defendants invoke or rely upon a privilege of any kind, please supply a written response stating specifically the nature of the privilege, the basis upon which it is invoked, relied upon or claimed, including statutory or decisional reference supporting the privilege, and identify all documents, information or other communications which Defendants believe are embraced by the privilege invoked.

7.    These requests are continuing. If, after responding to these requests, Defendants obtain or become aware of additional responsive documents, such information shall be produced promptly to Plaintiff in accordance with ORCP 36 and 43.

### DEFINITIONS

1.    The term "document" shall mean and refer to any kind of writings, electronic documents, any and all electronically stored information ("ESI"), photographs, audio recordings, video recordings, original and duplicate, and includes, without limitation, all such documents, file

Page 2    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 20 OF 28**

copies or other copies, no matter how prepared, and all drafts of the same wherever maintained or located, including but not limited to materials in cloud storage.[1] The term "document" shall also include, without limitation, all drafts, attachments, enclosures and exhibits to such documents.

2. The term "communication" shall mean any kind of audio, video, written, or verbal delivery or exchange of information via any means, either printed, electronic, or otherwise. This term shall also include, without limitation, emails, text messages, phone logs, chat logs, and any form of social media direct messaging or commenting.

3. The term "relating to" shall mean supporting, evidencing, describing, discussing, mentioning, referring to, reflecting, concerning, explaining, contradicting, analyzing, or commenting upon.

4. The term "Plaintiff" shall refer to Kristina Thomsen.

5. The term "Minor T." shall refer to the minor child for whom Plaintiff is acting as conservator.

6. The term "TopGolf Hillsboro" shall refer to TopGolf USA Hillsboro, LLC, a Delaware limited liability corporation, including its employees, managers, officers, directors, owners, shareholders, and/or agents acting on its behalf.

7. The term "TopGolf Intl." shall refer to TopGolf International, Inc., a Delaware corporation, including its employees, managers, officers, directors, and/or agents acting on its behalf.

8. The term "Defendants" shall refer to Defendant TopGolf Hillsboro and Defendant TopGolf Intl. collectively or individually as suggested by the context of each Request.

9. The term "Complaint" shall refer to the civil action Plaintiff filed in Multnomah County Circuit Court, Case no. 23CV24276, on or about June 15, 2023.

/ / /

---

[1] Plaintiffs' preference is to receive ESI in native format with metadata and images for a load file. However, Plaintiff's counsel requests a conferral with counsel prior to producing any ESI to confirm (1) the estimated size of the data, and (2) the burden and cost of accessing and retrieving the data.

Page 3    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

EXHIBIT 1
PAGE 21 OF 28

10. The term "Hillsboro Location" shall mean the golf driving range and entertainment complex, commonly known as TopGolf, located at 5505 NW Huffman St., Hillsboro, OR 97214, as alleged in Paragraph 4 of the Complaint.

11. The term "Other TopGolf Location(s)" shall mean any or all of the golf driving range and entertainment complexes, commonly known as TopGolf, anywhere.

12. The term "Guest(s)" shall mean invitees on the premises of any Other TopGolf Location, including the Hillsboro Location.

13. The term "Bay" shall mean the section of any Other TopGolf Location reserved for 1 (one) group of Guests, that includes a golfing mat and ball distributor on one side of the red safety line marked on the ground, and couches, a table, and TV screens on the other side of the line.

14. The term "Birthday Party" shall mean the event held at the Hillsboro Location on or about November 11, 2021, at which Minor T. was a guest.

15. The term "Subject Incident" shall mean the event in which Minor T. was struck in the head and face by a golf club at the Hillsboro Location on or about November 11, 2021, as more fully described in Paragraphs 14-16 of the Complaint.

REQUESTS

REQUEST NO. 1: Pursuant to ORCP 36B(2)(a), a copy of all insurance agreements and policies, including declaration pages and coverage definitions, under which any insurer or other person transacting insurance may be liable to satisfy all or part of a judgment in this action regarding the Subject Incident, or to indemnify or reimburse any or all of Defendants for payments made to satisfy a judgment.

RESPONSE:

REQUEST NO. 2: All documents, communications, and correspondence relating to the Subject Incident. This Request specifically includes but is not limited to: (a) all images, video and

Page 4    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 22 OF 28**

audio taken of Minor T. and/or Bays 204 and 205 on or around November 11, 2021, the date of the Subject Incident; (b) all incident reports, accident reports, and similar types of documentation relating to the Subject Incident; (c) all communications between or among Defendants regarding the Subject Incident, excluding communications between Defendants and their current counsel of record; (d) all witness interviews regarding the Subject Incident, regardless of whether witnesses were employees, Guests, attendees of the Birthday Party, or otherwise, including all materials submitted to Defendants by witnesses; and (e) all documents, communications, and correspondence relating in any way to Minor T., the Birthday Party, and/or its attendees.

RESPONSE:

REQUEST NO. 3: Pursuant to ORCP 36B(3)(b), a copy of all written and/or recorded statements (including audio and video recordings) and/or notes of any interviews with Minor T., Minor T.'s father, and/or Plaintiff, regardless of subject matter.

RESPONSE:

REQUEST NO. 4: A document containing the names, current addresses, email addresses, and/or telephone numbers of all individuals who may have direct knowledge about the facts and circumstances regarding the Subject Incident and/or Minor T.'s injuries resulting therefrom. In lieu of documents, a list of all such individuals along with last known contact information will be considered responsive to this Request.

RESPONSE:

REQUEST NO. 5: All documents containing the names, titles, and job descriptions for all individuals on duty at the Hillsboro Location on or about November 11, 2021, regardless of whether such individual was an employee of either of the Defendants. In lieu of documents, a list of all such individuals along with the information requested herein will be considered responsive

Page 5    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 23 OF 28**

to this Request.

RESPONSE:

REQUEST NO. 6: A copy of the personnel files of all employees listed in response to previous Request No. 5. This Request does not include, and does not seek, copies of any paystubs or W-2s, therefore such documents may be omitted from the personnel files produced to Plaintiff.

RESPONSE:

REQUEST NO. 7: A copy of all employee training manuals, safety policies, security policies, and all other rules, policies, and customs relating to customer safety, risk mitigation, and accident prevention in effect at the Hillsboro Location and Other TopGolf Locations, to the extent the rules and/or policies are different from January 1, 2014 to November 11, 2021. This specifically includes all rules, policies, and customs pertaining to minor Guests.

RESPONSE:

REQUEST NO. 8: A copy of all warning signage and safety measures intended to be visible to Guests, as well as all instructions given Guests, via any manner, at the Hillsboro Location in effect from January 1, 2014 to November 11, 2021. This Request includes, without limitation, any and all rules, prohibited conduct, consequences for violations, and/or any other mechanisms for governing Guest conduct.

RESPONSE:

REQUEST NO. 9: A copy of all warning signage and safety measures intended to be visible to Guests, as well as all instructions given Guests, via any manner, at any Other TopGolf Location in effect from January 1, 2014 to November 11, 2021. This Request includes, without limitation, any and all rules, prohibited conduct, consequences for violations, and/or any other

Page 6    PLAINTIFF'S    FIRST    REQUEST    FOR    PRODUCTION    OF    DOCUMENTS    TO    DEFENDANTS



SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 24 OF 28**

mechanisms for governing Guest conduct.

RESPONSE:

REQUEST NO. 10: All documents, communications, and correspondence relating to or reflecting the safety measures taken and/or policies adopted by Defendants in response to accidents or incidents occurring at any the Hillsboro Location and/or any Other TopGolf Location nationally prior to November 11, 2021. This Request includes, without limitation, that Defendants provide an accident or incident report for each of the accident(s) or incident(s) that prompted changes in safety measures taken or policies adopted.

RESPONSE:

REQUEST NO. 11: All documents that Minor T., Minor T.'s parents or guardians, and/or adult Guests in attendance at the Birthday Party signed, were asked to sign, and/or were asked to read at the Hillsboro Location on or around November 11, 2021, or in preparation for their visit on the date of the Subject Incident. This Request specifically includes a copy of any waiver form, limitation of liability, disclaimer of liability, indemnification agreement, or similar document that Defendants require Guest to sign and/or read before participating in Defendants' service offerings.

RESPONSE:

REQUEST NO. 12: All blueprints, engineering drawings, diagrams, schematics, plans, specifications, building inspections, permits, and any materials relating to building code compliance for the Hillsboro Location.

RESPONSE:

REQUEST NO. 13: All documents, communications, and correspondence relating to all accidents and incidents at the Hillsboro Location, as well as all claims of injury and lawsuits filed

Page 7     PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 25 OF 28**

against either or both Defendants at the Hillsboro Location, from January 1, 2014 to November 11, 2021. This Request specifically includes all surveillance footage taken of accidents and incidents occurring within the timeframe above.

RESPONSE:

REQUEST NO. 14: All documents, communications, and correspondence relating to any and all accidents and incidents occurring at any Other TopGolf Location nationally, including a copy of the accident report or incident report of each as well as all claims of injury and lawsuits filed against either or both Defendants. For purposes of this Request, Defendants may limit their response to (a) accidents and injuries occurring on or before November 11, 2021 and (b) accidents and injuries involving the use of golf clubs or golf balls striking guests, vendors, or employees.

RESPONSE:

REQUEST NO. 15: All documents, communications, and correspondence relating to all settlements of claims of injury and lawsuits filed against either or both Defendants, from January 1, 2014 to present. This Request includes but is not limited to the date and time of injuries, the name and age of the person injured, the complaint/claim, the name of all attorneys involved and the settlement agreement, verdict, judgment and final documentation.

RESPONSE:

REQUEST NO. 16: All documents, communications, and correspondence relating to all internal risk assessments conducted by either or both Defendants from January 1, 2014 to November 11, 2021, whether involving the Hillsboro Location or Other TopGolf Locations nationally.

RESPONSE:

Page 8    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

EXHIBIT 1
PAGE 26 OF 28

REQUEST NO. 17: All documents, communications, and correspondence relating to Defendants' awareness of, and response to, dangerous Guest conduct in violation of Defendants' safety rules and/or policies. This Request includes all documents, communications, and correspondence relating to Defendants' awareness of, and response to, dangerous Guest conduct that has been shared on social media channels such as Tik Tok. The time frame for this Request is January 1, 2014 to November 11, 2021.

RESPONSE:

REQUEST NO. 18: A copy of the personnel file of Helen Irizarry, as well as any of Defendants' current or former employees who are responsible for company policy regarding safety, liability, or risk.

RESPONSE:

REQUEST NO. 19: All documents describing Defendants' corporate ownership, control, and structure, from their incorporation to present, year over year in chronological order. This Request includes but is not limited to all filings, amendments, minutes, corporate actions etc.

RESPONSE:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 9   PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 27 OF 28**

REQUEST NO. 20: All documents describing Defendants' corporate organization and executive structure including but not limited to the corporate organizational chart for both Defendants currently and at the time of the incident on November 11, 2021.

RESPONSE:

DATED: June 21, 2023.

SMITH FOSTER KING LLP

Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Of Attorneys for Plaintiffs

Page 10   PLAINTIFF'S   FIRST   REQUEST   FOR   PRODUCTION   OF   DOCUMENTS   TO   DEFENDANTS

SMITH FOSTER KING
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

**EXHIBIT 1**
**PAGE 28 OF 28**