# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF MULTNOMAH

KRISTINA THOMSEN, AS
CONSERVATOR FOR MINOR T., A
MINOR CHILD,

Plaintiff/Petitioner,

vs.

TOPGOLF USA HILLSBORO, LLC; AND
TOPGOLF INTERNATIONAL, INC.,

Defendant/Respondent

Case No.: 23CV24276

DECLARATION OF SERVICE OF
**Summons, Complaint, and Plaintiff's First**
**Request for Production of Documents to**
**Defendants**

I hereby declare that I made service of the above-described documents upon the individuals and other legal entities to be served, names below, by delivering or leaving true copies of said Document(s) mentioned therein, as follows:

**Service on Corporations, Limited Partnerships, Limited Liability Companies or Unincorporated Associations Subject to Suit Under a Common Name**

Upon **Topgolf International, Inc.,** by personal service upon **Eden Titus, Specialist,** authorized to accept, who was the clerk on duty at the office of **CT Corporation System,** who is the **Registered Agent** thereof. Service was made at **780 Commercial St. SE, Ste. 100, Salem, OR,** on **Thursday, June 22, 2023,** at **10:19 AM**.

I further declare that the above statement is true to the best of my knowledge and belief, and I understand that it is made for use as evidence in court and is subject to penalty for perjury. I declare that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated **June 22, 2023**

Signed _Randy Swingle_____

Randy Swingle
for MercuryPDX
PO Box 2274
Portland, OR 97208
503-247-8484

Page 1 of 1 – DECLARATION OF SERVICE

**EXHIBIT 2**
**PAGE 1 OF 6**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

KRISTINA THOMSEN, as conservator for MINOR T., a minor child,

                    Plaintiff,

    v.

TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

                  Defendants.

Case No.: 23CV24276

**SUMMONS**

    TO:    Topgolf International, Inc.
             CT Corporation System-Registered Agent
             780 Commercial St SE Ste 100
             Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in the case of your failure to do so, for want thereof, Plaintiff will apply to the Court for the relief demanded in the complaint.

---

**NOTICE TO DEFENDANT: READ CAREFULLY!**

---

**You must "appear" in this case or the other side will win automatically.** To "appear," you must file with the Court a legal paper called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee (go to www.courts.oregon.gov for fee info).  It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have questions, you should see an attorney immediately.  If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Anne D. Foster, OSB No. 993152

ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)          BAR NO.(IF ANY)

Smith Foster King LLP, 25 NW 23rd Pl., Suite 6 #125

Page 1 – SUMMONS

**EXHIBIT 2**
**PAGE 2 OF 6**

ADDRESS

Portland,          OR       97210   (503) 567-7100
CITY                         STATE                ZIP                     PHONE

(503) 961-1616                              afoster@sfklegal.com
FAX (IF ANY)                                ATTORNEY'S EMAIL ADDRESS (IF ANY)

_____
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)          BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

**SMITH FOSTER KING**
— LLP —

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

_____
ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, a "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed Certification to that effect is necessary.

EXHIBIT 2
PAGE 3 OF 6

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **KRISTINA THOMSEN, AS CONSERVATOR FOR MINOR T., A MINOR CHILD**, | Case No.: 23CV24276 |
| Plaintiff/Petitioner, <br> vs. | DECLARATION OF SERVICE OF **Summons, Complaint, and Plaintiff's First Request for Production of Documents to Defendants** |
| **TOPGOLF USA HILLSBORO, LLC; AND TOPGOLF INTERNATIONAL, INC.**, | |
| Defendant/Respondent | |

I hereby declare that I made service of the above-described documents upon the individuals and other legal entities to be served, names below, by delivering or leaving true copies of said Document(s) mentioned therein, as follows:

**Service on Corporations, Limited Partnerships, Limited Liability Companies or Unincorporated Associations Subject to Suit Under a Common Name**

Upon **Topgolf USA Hillsboro, LLC,** by personal service upon **Eden Titus**, **Specialist,** authorized to accept, who was the clerk on duty at the office of **CT Corporation System,** who is the **Registered Agent** thereof. Service was made at **780 Commercial St. SE, Ste. 100, Salem, OR**, on **Thursday, June 22, 2023**, at **10:19 AM**.

I further declare that the above statement is true to the best of my knowledge and belief, and I understand that it is made for use as evidence in court and is subject to penalty for perjury. I declare that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated **June 22, 2023**

Signed _Randy Swingle_

Randy Swingle
for MercuryPDX
PO Box 2274
Portland, OR 97208
503-247-8484

Page 1 of 1 – DECLARATION OF SERVICE

**EXHIBIT 2**
**PAGE 4 OF 6**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| KRISTINA THOMSEN, as conservator for MINOR T., a minor child,<br><br>     Plaintiff,<br><br> v.<br><br>TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,<br><br>     Defendants. | Case No.: 23CV24276<br><br>**SUMMONS** |

TO: Topgolf USA Hillsboro, LLC
   CT Corporation System-Registered Agent
   780 Commercial St SE Ste 100
   Salem, OR 97301

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in the case of your failure to do so, for want thereof, Plaintiff will apply to the Court for the relief demanded in the complaint.

<div style="border:1px solid black; padding:4px; text-align:center">

**NOTICE TO DEFENDANT: READ CAREFULLY!**

</div>

**You must "appear" in this case or the other side will win automatically.** To "appear," you must file with the Court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee (go to www.courts.oregon.gov for fee info). It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF
Anne D. Foster, OSB No. 993152
_____
ATTORNEY'S/AUTHOR'S NAME (TYPED OR PRINTED)   BAR NO.(IF ANY)
Smith Foster King LLP, 25 NW 23rd Pl., Suite 6 #125

Page 1 – SUMMONS

**EXHIBIT 2**
**PAGE 5 OF 6**

ADDRESS

Portland,             OR         97210   (503) 567-7100
CITY                         STATE              ZIP              PHONE

(503) 961-1616                          afoster@sfklegal.com
FAX (IF ANY)                          ATTORNEY'S EMAIL ADDRESS (IF ANY)

_____
TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)        BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.



_____
ATTORNEY(S) FOR PLAINTIFF(S)

25 NW 23rd Pl. Suite 6 #125
Portland, OR 97210
503.567.7100
www.smithfosterking.com

According to ORCP 7A, a "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed Certification to that effect is necessary.

**Page 2 – SUMMONS**

EXHIBIT 2
PAGE 6 OF 6