Anne Foster, OSB No. 993152
afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
ssmith@sfklegal.com
Jaimee King, OSB No. 146042
jking@sfklegal.com
Smith Foster King LLP
3330 NW Yeon Ave, Suite 240
Portland, OR 97210
(503) 567-7100
Attorneys for Plaintiff

HON. MARCO A. HERNANDEZ

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRISTINA THOMSEN, as conservator for MINOR T., a minor child,<br><br>      Plaintiff,<br> v.<br><br>TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 3:23-cv-01028-HZ<br><br>PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED DAMAGES STATEMENT DUE TO ERROR IN SUMMARY |
| TOPGOLF USA HILLBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,<br><br>      Third-Party Plaintiffs,<br> v.<br><br>KRISTINA THOMSEN, an individual, and JIM WATKINS, an individual, and, ARTHUR HUNG, an individual,<br><br>      Third-Party Defendants. | |

PAGE 1 – PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED DAMAGES STATEMENT DUE TO ERROR IN SUMMARY

Plaintiff has discovered a few errors in her originally filed Statement of Damages. Specifically, there were some errors in Exhibit A, the summary of past medical expenses. These errors resulted in an overstatement of the Minor T's past medical expenses by $7,106.55. Plaintiff moves the Court for an order allowing her to file an Amended Damages Statement resolving these mistakes. Defendants and Third-Party Defendants do not oppose this motion.

DATED: April 3, 2025.

                                                 SMITH FOSTER KING LLP

                                                 */s/ Anne D. Foster*
                                                 Anne D. Foster, OSB No. 993152
                                                 Email: afoster@sfklegal.com
                                                 Samuel T. Smith, OSB No. 084772
                                                 Email: ssmith@sfklegal.com
                                                 Jaimee R. King, OSB No. 146042
                                                 Email: jking@sfklegal.com
                                                 Attorneys for Plaintiff

SMITH FOSTER KING
— LLP —
3330 NW Yeon Ave, Ste 240
Portland, OR 97210
503.567.7100
smithfosterking.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED DAMAGES STATEMENT DUE TO ERROR IN SUMMARY was served on:

| | |
|---|---|
| Heidi Mandt<br>William Kastner<br>805 SW Broadway Ste 2440<br>Portland, OR 97205<br><br>Attorneys for Defendants/Third-Party Plaintiffs Topgolf Hillsboro LLC and Topgolf International, Inc. | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission Fax #:<br>☒ By electronic means through the Court's Case Management / Electronic Case File system, which will send automatic notification of filing to each person listed above<br>☒ By email: hmandt@williamskastner.com |
| Douglas D. Foley<br>Brad Lewis<br>Foley Sampson & Lewis, PLLC<br>13115 NE 4th Street, Suite 260<br>Vancouver, WA 98624<br><br>Attorneys for Third-Party Defendants Hung and Watkins | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission Fax #:<br>☒ By electronic means through the Court's Case Management / Electronic Case File system, which will send automatic notification of filing to each person listed above<br>☒ By email: brad.lewis@dougfoleylaw.com doug.foley@dougfoleylaw.com |

\* With first-class postage prepaid and deposited in Portland, Oregon.

DATED: April 3, 2025.

SMITH FOSTER KING LLP

*/s/ Anne D. Foster*
Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Attorneys for Plaintiff

PAGE 1 – CERTIFICATE OF SERVICE