IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRISTINA THOMSEN, as conservator for
MINOR T., a minor child,

        Plaintiff,

v.

TOPGOLF USA HILLSBORO, LLC, a Delaware
limited liability company, and TOPGOLF
INTERNATIONAL, INC., a Delaware
corporation,

        Defendants.

No. 3:23-cv-01028-HZ

VERDICT FORM

---

TOPGOLF USA HILLSBORO, LLC, a Delaware
limited liability company, and TOPGOLF
INTERNATIONAL, INC., a Delaware
corporation,

        Third-Party Plaintiffs,

v.

JIM WATKINS, an individual, and
ARTHUR HUNG, an individual,

        Third-Party Defendants.

1 – VERDICT FORM

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

## I. The Defendants

1. Were the defendants negligent in one or more of the ways alleged by the plaintiff?

    __X__ Yes    _____ No

    If your answer to Question 1 is "Yes," proceed to Question 2.
    If your answer to Question 1 is "No," sign and date the Verdict Form.

2. Was the defendants' negligence a cause of Henry Thomsen's injuries?

    __X__ Yes    _____ No

    If your answer to Question 2 is "Yes," proceed to Question 3.
    If your answer to Question 2 is "No," sign and date the Verdict Form.

## II. Henry Thomsen

3. Was Henry Thomsen negligent in one or more of the ways alleged by the defendants?

    _____ Yes    __X__ No

    If your answer to Question 3 is "Yes," proceed to Question 4.
    If your answer to Question 3 is "No," proceed to Question 5.

4. Was Henry Thomsen's negligence a cause of his own injuries?

    _____ Yes    _____ No

    Proceed to Question 5.

## III. The Third-Party Defendants

5. Were the third-party defendants negligent in one or more of the ways alleged by the defendants?

    __X__ Yes    _____ No

    If your answer to Question 5 is "Yes," proceed to Question 6.
    If your answer to Question 5 is "No," proceed to Question 7.

2 – VERDICT FORM

6. Was the negligence of the third-party defendants a cause of Henry Thomsen's injuries?

     X  Yes       ____ No

Proceed to Question 7.

IV. **Comparative Fault**

   7. What is the percentage of each party's fault?

*If you answered "No" to Question 3 or 4, then write "0%" next to Henry Thomsen.
If you answered "No" to Question 5 or 6, then write "0%" next to the third-party defendants.*

   The defendants:              __97__ %

   Henry Thomsen:               __0__ %

   The third-party defendants:  __3__ %

   *(The total must equal 100%)*

If Henry Thomsen's percentage is 50% or less, proceed to Question 8.
If Henry Thomsen's percentage is greater than 50%, sign and date the Verdict Form.

V. **Damages**

   8. What are Henry Thomsen's damages?

   *Do not reduce the damages by Henry Thomsen's percentage of fault, if any, because the court will do this when entering judgment.*

   Economic Damages      $ 3,274,783.62

   Noneconomic Damages   $ 12,500,000

The Presiding Juror should sign and date this Verdict F-----

DATED this __4th__ day of September, 2025.

3 – VERDICT FORM