Anne Foster, OSB No. 993152
afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
ssmith@sfklegal.com
Jaimee King, OSB No. 146042
jking@sfklegal.com
Smith Foster King LLC
3330 NW Yeon Ave, Suite 240
Portland, OR 97210
(503) 567-7100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KRISTINA THOMSEN, as conservator for MINOR T., a minor child,

Plaintiff,

v.

TOPGOLF USA HILLSBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

Defendants.

TOPGOLF USA HILLBORO, LLC, a Delaware limited liability company, and TOPGOLF INTERNATIONAL, INC., a Delaware corporation,

Third-Party Plaintiffs,

v.

KRISTINA THOMSEN, an individual, and Jim WATKINS, an individual, and, ARTHUR HUNG, an individual,

Third-Party Defendants.

Case No. 3:23-cv-01028-HZ

STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto, by and through their attorneys of records, hereby stipulate that this matter be dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

DATED: this ______ day of June, 2026.

__________________________________
Hon. Marco A. Hernandez
United States Judge

IT IS SO STIPULATED:

DATED this 2nd day of June, 2026:

SMITH FOSTER KING LLC

By: ______________________________
Anne D. Foster, OSB. No. 993152

WILLIAMS KASTNER

By: /s/Heidi Mandt
Heidi Mandt, OSB No. 953459

FOLEY SAMPSON & LEWIS, PLLC

By: /s/Brad Lewis
Brad Lewis, OSB No. 892907



SMITH FOSTER KING LLC
3330 NW Yeon Ave, Ste 240
Portland, OR 97210
503.567.7100
smithfosterking.com

**CERTIFICATE OF READINESS – UTCR 5.100**

This proposed order or judgment is ready for judicial signature because:

☒ Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each party's signature on the document being submitted.

☐ Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

☐ I have served a copy of this order or judgment on all parties entitled to service, on date __, and:

- ☐ No objection has been served on me.
- ☐ I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
- ☐ After conferring about objections, [role and name of opposing party] agreed to independently file any remaining objection. .

☐ Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

☐ Each other party previously filed a waiver of appearance

☐ This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

☐ Other: ______________________________________________________________.

DATED: June 2, 2026.

SMITH FOSTER KING LLC

______________________________

Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE was served on:

Heidi Mandt
William Kastner
805 SW Broadway Ste 2440
Portland, OR 97205

Attorneys for Defendants/Third-Party Plaintiffs Topgolf Hillsboro LLC and Topgolf International, Inc.

- By hand delivery
- By first-class mail*
- By overnight mail
- By facsimile transmission
  Fax #:

☒ By electronic means through the Court's Case Management / Electronic Case File system, which will send automatic notification of filing to each person listed above

☒ By email:
hmandt@williamskastner.com

Douglas D. Foley
Brad Lewis
Foley Sampson & Lewis, PLLC
13115 NE 4th Street, Suite 260
Vancouver, WA 98624

Attorneys for Third-Party Defendants Hung and Watkins

- By hand delivery
- By first-class mail*
- By overnight mail
- By facsimile transmission
  Fax #:

☒ By electronic means through the Court's Case Management / Electronic Case File system, which will send automatic notification of filing to each person listed above

☒ By email:
brad.lewis@dougfoleylaw.com
doug.foley@dougfoleylaw.com

* With first-class postage prepaid and deposited in Portland, Oregon.

DATED: June 2, 2026

SMITH FOSTER KING LLC

Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Attorneys for Plaintiff